# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1291**
**CA 15-00444**
PRESENT: SCUDDER, P.J., CENTRA, LINDLEY, VALENTINO, AND WHALEN, JJ.

---

THE HOUSE OF THE GOOD SHEPHERD,
PLAINTIFF-APPELLANT,

V                                                    ORDER

HENRY S. LEHR, INC., BROWN AND BROWN OF LEHIGH
VALLEY, INC., AS SUCCESSOR IN INTEREST TO
HENRY A. LEHR, INC., WILLIAM H. LEHR, PATSY A.
LEHR, ROBERT M. MCCORMICK AND LAURIE CORIALE,
DEFENDANTS-RESPONDENTS.

---

ROSSI & ROSSI, ATTORNEYS AT LAW, PLLC, NEW YORK MILLS (VINCENT J.
ROSSI, JR., OF COUNSEL), FOR PLAINTIFF-APPELLANT.

BOWITCH & COFFEY, LLC, ALBANY (DANIEL W. COFFEY OF COUNSEL), FOR
DEFENDANTS-RESPONDENTS.

---

Appeal from an order and judgment (one paper) of the Supreme Court, Oneida County (Samuel D. Hester, J.), entered December 9, 2014. The order and judgment, insofar as appealed from, granted the motion of defendants for summary judgment and dismissed the sixth amended complaint.

It is hereby ORDERED that the order and judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.

Entered:  December 23, 2015                          Frances E. Cafarell
                                                     Clerk of the Court